The People of the State of New York, Respondent, v Johnny Cannon, Appellant. [978 NYS2d 707]—Appeal from a judg-

ment of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), rendered May 3, 2010. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Centra, J.P., Peradotto, Carni, Lindley and Valentino, JJ.